```
                    UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF TEXAS
                             HOUSTON DIVISION
```

MOHAMMAD KHALID AND ANIS § \
QURESHI ASHRAF, §
§
      Plaintiffs, §
§
v. §   CIVIL ACTION NO. H-98-706
§
BURZYNSKI RESEARCH INSTITUTE, §
INC., AND STANISLAW R. §
BURZYNSKI, M.D., Ph.D., §
§
      Defendants. §

## FINAL JUDGMENT

This action came on for trial before the Court and a jury, and the jury having duly rendered its verdict upon which judgment should be entered, it is hereby

ORDERED and ADJUDGED that Plaintiffs Mohammad Khalid and Anis Qureshi Ashraf take nothing on their claims against Defendants Burzynski Research Institute, Inc. and Stanislaw R. Burzynski, M.D., Ph.D., and Plaintiffs' cause of action is DISMISSED on the merits. All other and further relief of any nature sought by Plaintiffs and not expressly granted herein is DENIED.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and send copies to all counsel of record.

SIGNED at Houston, Texas, on this 11TH day of February, 2000.

                                            EWING WERLEIN, JR. \
                                            UNITED STATES DISTRICT JUDGE

*UNITED STATES COURTS SOUTHERN DISTRICT OF TEXAS ENTERED FEB 14 2000 MICHAEL N. MILBY, CLERK OF COURT*

106